

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 2 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# DISTRICT COURT OF THE UNITED STATES

## FOR GEORGIA

### ATLANTA DIVISION

| | | |
|---|---|---|
| Jahmal Isaiah Sherwood | § | |
| Counterclaimant | § | DOCKET # |
| | § | **1:18-CV-0303** |
| v. | § | |
| STATE OF GEORGIA | § | Counterclaim for Trespass, |
| GWINNETT COUNTY STATE COURT | | Constitutional Violations |
| ROSANNA SZABO | | |
| EMILY POWELL | | Verified |
| EMILY J. BRANTLEY | | |
| JOSEPH C. IANNAZZONE | | |
| JOSEPH S MORALES | | |
| HOME DEPOT | | |
| JOHN DOE AYERS | | |
| GWINNETT COUNTY POLICE | | |
| DEPARTMENT | | |
| GWINNETT COUNTY SHERIFF'S | | |
| DEPARTMENT | | |
| MICHELLE FINI | | |
| ASAP BAIL BONDS | | |
| MIKE SAMSON | | |
| Counterdefendants | | |
| | § | |
| | § | |
| | § | |
| | § | |

## CAUSE OF ACTION – TRESPASS AND CONSTITUTIONAL VIOLATIONS

### PARTIES

1. Comes now, Jahmal Isaiah Sherwood ("Sherwood") a people of Georgia of sound mind,

   hereinafter counterclaimant, in this court of record and complains of each of the

following: Gwinnett County State Court ("an inferior court"); Joseph S. Morales individuality and in his official capacity doing business as ASSISTANT LEAD SOLICITOR ("Morales"); Rosanna Szabo ("Szabo"); Emily Powell individually and in her official capacity doing business as HONORABLE EMILY POWELL  ("Powell"); Joseph C. Iannazzone individually and in his official capacity doing business as HONORABLE JOSEPH IANNAZZONE ("Iannazzone")Emily J. Brantley individually and in her official capacity doing business as HONORABLE JUDGE EMILY J. BRANLEY ('"Brantley"); Gwinnett County Police Department (a corporation); Gwinnett County Sheriff's Department (a corporation); Michelle Fini B ("Fini"); ASAP Bail Bonds (a corporation); Mike Samson ("Samson"); hereinafter counterdefendants who are each summoned to answer said action in a plea of trespass, trespass on the case, and unlawful imprisonment to wit:

## INTRODUCTION

2. Each counterdefendant exceeded his jurisdiction and participated in attempting to extort funds from counterclaimant Sherwood.

3. Each counterdefendants violated his oath of office. **Scheuer v. Rhodes, 416 U.S. 232, 94S. Ct. 1683, 1687 (1974)** Note: By law, a judge is a state officer. The judge then acts not as a judge, but as a private induvial (in his person). **When a judge acts as a trespasser of the law,** when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect. The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with

the superior authority of the Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

4. Each counterdefendant operated under color of law to perpetrate said attempted extortion and unlawfully imprisoned counterclaimant Sherwood.

5. As documented herein, each counterdefendant worked in unison to hinder the free rights of counterclaimant Sherwood under color of law.

## SPECIFICS

6. At all times mentioned in this action, each counterdefendant is the agent of the other, and in doing the act alleged in this action, each is acting in course and scope of said agency. The following paragraphs describe what the counterdefendants, under color of law, either acted or failed to act as obligated.

7. Each counterdefendant exceeded his jurisdiction under color of law. Each defendant acted in concert with the remaining counterdefendants to effect the unlawful loss of liberty of counterclaimant.

8. Each counterdefendant acted in such a way, or failed to act in such a way, that counterclaimant has been deprived of his liberty, reputation, and right of pursuit of happiness.

9. Counterdefendents referred to counterclaimant as "person" on an affidavit[1] and not a people.

---

[1]Exhibit A

Action for Trespass

**Jahmal Isaiah Sherwood**
v.
**State of Georgia et. al.**

10. Counterdefendant Fini under color of law did unlawfully carry away counterclaimant while armed with weapon without obtaining a warrant prior to the search and seizure of Counterplaintiff's body which is his property. (Exhibit A' – time shows warrant was executed and signed by "Fini" and "Powell" on June 14, 2016 at 3:19.08 PM and Exhibit B' – time shows that Counterplaintiff was booked at the Gwinnett County Sheriff's Detention Center on June 14, 2016 at 2:09PM) this act violates Amendment I Section IV Bill of Rights of the United States Constitution which states "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." Violation of Due Process Of Law Amendment I Section V Bill of Rights. Davis v. Wechsler , 263 US 22, 24. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."

11. On June 14, 2016, Counterclaimant Sherwood was accused of an alleged theft by shoplifting against Home Depot and the so-called laws of the State of Georgia. Counterclaimant Sherwood did not attempt to flee from the scene nor was any merchandise confiscated from the body or clothing of Counterclaimant Sherwood. The 20V Brushless Hammerdrill/ Impact Combo Kit rang up a different price at the self-checkout line of Home Depot than the item that was being purchased. Counterclaimant Sherwood did not attempt to flee the store. The cashier went to retrieve Counterclaimant Sherwood's money he'd paid from the receipt, from the return desk. In the process, a lost

prevention associate who was an employee for Home Depot apprehended Counterclaimant Sherwood, physically assaulting him without proof of cause any wrongdoing and without a signed and valid warrant. Counterdefendant "Fini" arrives to the scene and without a properly executed warrant seized and searched the body and property of Counterclaimant Sherwood which is in violation of Amendment I Section IV Bill of Rights of the United States Constitution. Counterclaimant Sherwood did not consent to the unlawful search of counterclaimant clothing. Counterclaimant did not consent to counterdefendants unlawful searches. Counterclaimant was threatened with a police taser to cooperate to an illegal and or unlawful search and seizure. Counterclaimant repeatedly asked why the Counterclaimant was being arrested and if the Counterclaimant was being accused of theft by shoplifting then on what grounds. The grounds for theft by shoplifting was never explained nor proven to the Counterclaimant. Before being kidnapped from Home Depot by Counterdefendant "Fini" nothing was taken off the persons of Counterclaimant Sherwood that would be incriminating. Counterclaimant was kidnapped and placed in the rear seat of police car and taken to Gwinnett County Sheriff's Department. From the moment counterclaimant was originally detained, arrested and taken directly from Home Depot, counterclaimant under color of law, has been kept in actual or constructive imprisonment. Counterdefendants continued to assume jurisdiction without proof of jurisdiction. These acts by Fini violated Amendment I Section V Bill of Rights of the United States Constitution which state "no person shall be…..nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."

Action for Trespass                    **Jahmal Isaiah Sherwood**                    Page 5 of 21
                                              **v.**
                                **State of Georgia et. al.**

12. Acts by Fini also violated her oath of office in which she swore to uphold the Constitution of the State of Georgia and the Constitution of the United States. (Exhibit G)

13. On Exhibit "A" Counterdefendant "Powell" provided the signature which authorized Fini to proceed on the warrant affidavit. "Szabo" is the Solicitor-General that signed the accusation without making the necessary investigation to the legitimacy of the accusation and/or warrant. The warrant affidavit is not signed under penalty of perjury which constitutes an invalid warrant affidavit (28 U.S. Code § 1746). Powell could have stopped Fini at that point, but apparently acted in concert with Fini to continue the imprisonment of counterplaintiff Sherwood and is in violation of 18 USC 1001 and 18 USC 241, Federal Racketeering Act, 18 USC 1961 et. seq and are acts of Conspiracy and Racketeering. CONSPIRACY, A confederation of two or more individuals who may not know each other but, by their joint efforts, commit some unlawful or criminal act (Black's Law Dictionary). RACKETEERING is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of patterned criminal actions that includes but not limited to an act or threat of murder, kidnapping, gambling, arson, and as in the instant case robbery, bribery, extortion, fraud, slavery, etc. Norton v. Shelby County , 118 U.S. 425 p. 442 "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

14. Counter plaintiff was kidnapped and held in slavery for approximately 11 days at the Gwinnett County Sheriff's Detention Center, which is in violation of 18 U.S. Code § 1581 - Peonage; obstructing enforcement and Amendment I Section V Bill of Rights of the

Constitution. (Exhibit B) Violation of due process of law.

15. On or about June 25, 2016, counterplaintiff Sherwood was extorted of his funds and forced to sign as surety for a bond in order for his body which is his property, to be released. The ASAP Bail Bondsman Mike Samson produced a bond for the release of Sherwood, and without ASAP Bail Bonds doing their prior investigation into the legitimacy of the arrest, aided Fini, Powell, and the Gwinnett County Sheriff's Department in slavery, kidnapping, trespassing, and extortion violation of 18 USC Extortion by officers or employees of the United States 872, 873, 1951, 1962. (Exhibit D')

16. Prior to a court date being set for Sherwood's "appearance", Sherwood exhausted his private administrative remedy that demanded a response from Fini, Darryl Manns (Prosecuting Attorney for Gwinnett County), Debra K. Turner (Superior Court Judge of Gwinnett County), Melodie Snell Connor (Chief Judge of Gwinnett County Superior Court), and Richard T. Alexander (Clerk of Gwinnett County Superior Court). Debra K. Turner being the original presiding judge over counterclaimants case and Daryl Manns being the original prosecutor over said case failed to respond to counterclaimants affidavits, by their acquiescence and non-rebuttal, they agreed to dismiss the case and to pay Sherwood $9,000.00 and up. A contract in the form of an affidavit was also sent to Fini, Melodie Connor, and Richard Alexander with its demands, and also no response or rebuttal was made (Exhibit F).

17. The contracts were sent via certified mail to the work place of Fini, Connor, Turner, Alexander, and Manns privately (Exhibit F)

18. On 06/02/2017 Sherwood was arraigned to the State Court of Gwinnett County at 9:00AM. Sherwood comes to the realization that a waiver of arraignment had been put in on his behalf without his knowledge or consent. When the name Sherwood was called, Sherwood stood and let the court know of his standing and status and as an American Moor which differs from being a U.S. citizen. 28 USC 3002 15(a) defines the United States as a federal corporation. Brantley ignored Sherwood's status and Sherwood immediately raised the concern to Emily J. Brantley that he was the beneficial owner of JAHMAL ISAIAH SHERWOOD©®™ and the executor of that estate. He also made Brantley aware of the contract that was made between the above-mentioned parties. She ignored counterclaimant and proceeded to tell counterclaimant that a waiver of arraignment had been put in on behalf of Sherwood by public defender Constancia Carter. Sherwood made known that those actions were not authorized and should be disregarded. As there was no proof or contract that counterclaimant wanted to waive arraignment. Waiver of arraignment is a guilty plea in which counterclaimant did not enter. Brantley ignored counterclaimant again and concluded the arraignment this is a violation of Amendment I Section V Bill of Rights of the United States Constitution violation of due process. Poindexter v. Greenhow, 114 U.S. 270, 303 (1885). Brady v. U.S., 397 U.S. 742, 748, (1970) "Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness.

19. Counterclaimant waived none of his rights, counterclaimant never received nor waived the committal hearing and none was ever given which is a violation of Article I Section V Bill of the US Constitution due process of law.

**Jahmal Isaiah Sherwood**
**v.**
**State of Georgia et. al.**

20. On 09/06/2017 the State Court of Gwinnett County had a calendar call for Sherwood. Sherwood filed a Notice of Special Appearance and again stated his status and standing and expressed to Brantley his position. Brantley unlawfully seized, kidnapped, and incarcerated the body of Sherwood for failure to appear for two weeks in the Gwinnett County Sheriff's Detention Center (Exhibit J). Which violates Amendment I Section V Bill of Rights of the United States Constitution, the Treaty of Peace and Friendship between the Moors and the United States, 18 U.S. Code § 1581, 28 U.S. Code § 1746). Miller v. US, 230 F 486, 489. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." Norton v. Shelby County, 118 U.S. 425 p. 442 "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." U.S. v. Throckmorton, 98 US 61 WHEREAS, officials and even judges have no immunity  (See, Owen vs. City of Independence, 100 S Ct. 1398;  Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21; officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. See: Title 42 U.S.C. Sec. 1983. "When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal

officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity."

21. Counterclaimant was then released on a recognizance bond as JAHMAL ISAIAH SHERWOOD as the principal and JUDGE BRANTLEY as the security. Counterclaimant was forced to sign as both the security in place of Brantley and the principal but did sign U.C.C. 1-308 reservation of rights. (Exhibit C) Violation of 18 USC 1001 and 18 USC 241, and breach of fiduciary duties, breach of oath of office. (Exhibit E)

22. Emily J. Brantley (State Court of Gwinnett County Judge) Pamela South (Chief Judge of State Court of Gwinnett County Judge) and Joseph Morales (State Court of Gwinnett County Prosecutor), were also contacted privately through certified mail. Their failure to respond resulted in the second dismissal of the case concerning counterclaimant Sherwood. Also, they agreed through acquiescence to pay counterclaimant $9,000.00 and up. No response was made in the allotted time and a certificate of non-response was also delivered to above mentioned parties. (Exhibit I)

23. This evidence was brought to the attention of Emily Brantley and Joseph Morales and both ignored counterclaimants contract that was binding. Amendment I Section 10 of the US Constitution states, "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility."

24. A stamped order on December 1, 2017 stated that Judge Emily Brantley recused herself from the case# 17D01934 and an "Order of Bond Forfeiture and Notice of Execution

Hearing was entered by Judge Emily Brantley on September 7, 2017 and the Execution Hearing was set for January 16, 2018. However, the Assistant Solicitor submitted an Order Setting Aside the Bond Forfeiture Proceeding which was executed by the Judge and docketed on September 8, 2017. That Order also cancelled any pending hearing on that matter. Thus, the issue of bond forfeiture is resolved at this time." (Exhibit H)

25. No conviction or case was ever had about the bond forfeiture and or failure to appear that counterclaimant was arrested on. Only Judges can make court orders and not Assistant Solicitors. Actions by Emily Brantley resulted in counterclaimant being incarcerated for a period of 2 weeks, and now because Emily Brantley recused herself from the case, she and her assistant wants to said aside the bond forfeiture proceeding. This act is in violation of 18 U.S. Code § 1581 – Peonage, 18 USC 1001 and 18 USC 241, 18 USC Extortion by officers or employees of the United States 872, 873, 1951, 1962. 18 USC 1001 and 18 USC 241, Federal Racketeering Act, 18 USC 1961 et. seq and are acts of Conspiracy and Racketeering, Bill of Rights Fourth and Fifth Amendment of The US Constitution, FRAUD permitting shown and demonstrated acts of fraud and actively participated in a scheming conspiracy of untruths and misrepresentations to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith when such fraud was shown -18 USC 1001, Norton v. Shelby County , 118 U.S. 425 p. 442 "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." U.S. v. Throckmorton, 98 US 61 WHEREAS, officials and even judges have no immunity (See, Owen vs. City of Independence, 100 S Ct. 1398; Maine

vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21; officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America.

26. (Exhibit H) The case was reassigned to Judge Joseph C. Iannazzone and he stated that any reference to corporations and contracts, is not relevant and will not be addressed by this Court. This is a violation of Amendment I Section 10 Bill of Rights of the US Constitution which states, "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility." Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958) Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason. The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

## LAW OF THE CASE

27. The law of the case is decreed as follows:

28. Cooper v. Aaron,  358 U.S. 1, 78 S. Ct. 1401 (1958)  Note: Any judge who does not comply with his oath to the Constitution of the  United States wars against that Constitution and engages in acts in violation  of the supreme law of the land. The judge is engaged in acts of treason. The U.S. Supreme Court has stated that "no state legislator or executive or  judicial officer can war against the Constitution without violating his undertaking  to support it". See also In Re Sawyer, 124 U.S. 200 (188);  U.S. v. Will, 449 U.S.  200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

29. US v Minker, 350 US 179 at 187(1956) � Supreme Court of the United States 1795 "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."

30. The State of Georgia is a corporation operated by the Georgia state. "The government, by becoming a corporator, lays down its sovereignty so far as respects the transactions of the corporation, and exercises no power or privilege which is not derived from the charter. "Bank *of United States v. Planters' Bank of Georgia,* 22 U.S. 9 Wheat. 904 904 (1824) The inferior court is a subdivision of said corporation.

31. The United States of America was established as a union of republican states in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. *In re Duncan*, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; *Minor v. Happersett*, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, Fifth Edition, p. 626

32. Georgia state was established as a republic.

33. The law provides that once State and Federal Jurisdiction has been challenged, it must be proven. *Main v. Thiboutot*, 100 S. Ct. 2502 (1980).

34. Jurisdiction can be challenged at any time and once challenged, cannot be assumed and must be decided. *Basso v. Utah Power & Light Co*., 495 F 2d 906, 910.

35. "...there is, as well, no discretion to ignore that lack of jurisdiction." *Joyce v. US*, 474 F2d 215.

36. "A court lacking jurisdiction cannot render judgment but must dismiss the cause at any stage of the proceedings in which it becomes apparent that jurisdiction is lacking." Bradbury v. Dennis, 310 F.2d 73 (10th Cir. 1962)

37. The burden shifts to the court to prove jurisdiction. *Rosemond v. Lambert*, 469 F2d 416.

38. ...if the issue is presented in any way the burden of proving jurisdiction rests upon him who invokes it. *Latana v. Hopper*, 102 F. 2d 188;

39. "When it clearly appears that the court lacks jurisdiction, the court has no authority to reach the merits. In such a situation the action should be dismissed for want of jurisdiction." *Melo v. United States, 505 F. 2d 1026*

40. Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted. *Latana v. Hopper*, 102 F. 2d 188; *Chicago v. New York*, 37 F Supp. 150.

41. "No officer can acquire jurisdiction by deciding he has it. The officer, whether judicial or ministerial, decides at his own peril." *Middleton v. Low* (1866), 30 C. 596, citing *Prosser v. Secor* (1849), 5 Barb.(N.Y) 607, 608.

42. "Where a court has jurisdiction, it has a right to decide any question which occurs in the cause, and whether its decision be correct or otherwise, its judgments, until reversed, are regarded as binding in every other court. But if it acts without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute

no justification, and all persons concerned in executing such judgments or sentences are considered in law as trespassers." *Elliott v Peirsol*, 1 Pet. 328, 340, 26 U.S. 328, 340, 7.L.Ed. 164 (1828)

43. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term."*Dillon v. Dillon*, 187 P 27.

44. "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance."*Rescue Army v. Municipal Court of Los Angeles*, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

45. ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.]

46. The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L. Ed. 826, 19 Ann. Cas. 1047.]

47. The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

48. A consequence of this prerogative is the legal *ubiquity* of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the king's image is reflected. 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

49. Where rights secured by the Constitution are involved, there can be no rule making or legislation which could abrogate them. [Miranda v. Arizona, 384 US 436, 491]

50. The assertion of federal rights, when plainly and reasonably made, is not to be defeated

under the name of local practice. [Davis v. Wechsler, 263 US 22, 24.]

51. Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

52. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Constitution for the United States of America, Amendment VI, Clause 2.

53. Conspiracy against rights:  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 241]

54. Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall

be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18, USC 242]

55. COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [Black's Law Dictionary, 5th Edition, page 318.]

56. COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

57. COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

**A.** A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

**B.** Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244

N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

**C.** Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

**D.** Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

**E.** Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

58. Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court. [Magna Carta, Article 34].

59. The people of this state do not waive their sovereignty to the agencies which serve them.

60. If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such decision does not affect the validity of any other portion of this action.

61. The singular includes the plural and the plural the singular.

62. The present tense includes the past and future tenses; and the future the present, and the past the present.

63. The masculine gender includes the feminine and neuter.

64. "For a crime to exist there must be an injured party. There can be no sanction or penalty imposed upon one because of his exercise of his constitutional rights."
**Sherar v. Cullen, 486 F. 945**

## REQUEST FOR RELIEF

65. For that cause of action therefore counterclaimant brings his suit.

66. WHEREFORE, counterclaimant requests relief and judgment against counterdefendants as follows:

67. WHEREFORE, counterclaimant prays judgment against counterdefendants, and each of them, as follows:

68. For Cause of Action $500 for time expended on day of appearance.

69. For Cause of Action $50,000 per day for detainment under color of law.

70. For Cause of Action $50,000 for extortion.

71. For Cause of Action $50,000 for unlawful imprisonment.

72. That the court enter a declaratory judgment ordering the State of Georgia, a corporation, to update its records removing counterclaimant Sherwood from its jurisdiction;

73. That the court enter a declaratory judgment that counterdefendants have acted contrary to constitutional right, power or privilege;

74. That the court enter a declaratory judgment that counterdefendants actions were in excess of statutory jurisdiction, authority and short of statutory right;

75. That the court enter a judgment dismissing the case 17-D-01934 and eliminate it from the record dated June 14, 2016 brought before the inferior court.

76. That the court grant counterclaimant such other and further relief as the court deems proper;

77. For interest as allowed by law;

78. For cost of suit;

79. I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

January _22_, 2018, Fulton County, Georgia


_Jahmal-Sherwood_ _____ Jahmal Isaiah Sherwood

c/o 2244 Bollingbrook Drive
Atlanta, Georgia [30311]

**Please serve defendants.**


Rosanna Szabo
**Gwinnett County Solicitor General**
Gwinnett Justice and Administration Center
75 Langley Drive
Lawrenceville, Georgia 30046

Joseph C Iannazzone
**Gwinnett County Courthouse**
Gwinnett Justice and Administration Center
75 Langley Drive
Lawrenceville, Georgia 30046

Emily Powell
**Gwinnett County Courthouse**
Gwinnett Justice and Administration Center
75 Langley Drive
Lawrenceville, Georgia 30046

Emily J. Brantley
**Gwinnett County Courthouse**
Gwinnett Justice and Administration Center
75 Langley Drive
Lawrenceville, Georgia 30046

Joseph S. Morales
**Gwinnett County Assistant Lead Solicitor**
Gwinnett Justice and Administration Center
75 Langley Drive
Lawrenceville, Georgia 30046

Michelle Fini

Action for Trespass               **Jahmal Isaiah Sherwood**               Page 20 of 21
                                            **v.**
                              **State of Georgia et. al.**

Badge No. B1392
**Gwinnett County Police Department**
85 Winder Hwy
Lawrenceville, Georgia 30045

Mike Samson
348 Buford Drive
Suite B
Lawrenceville, Georgia 30046

Exhibit A

CRIMINAL ARREST WARRANT

GEORGIA, GWINNETT COUNTY
STATE OF GEORGIA

WARRANT NO: 16W09678    *Unconstitutional*

v.

CASE NO: 16-054525

JAHMAL ISAIAH SHERWOOD
DOB: 09/16/1989, Custody: Yes Location: GC Detention
Center
Race: B, Sex: Male, Height: 5'09", Weight: 140, Hair:BLK
(Black), Eyes: BRO (Brown)
5158 E PONCE DE LEON AVE APT#R, STONE
MOUNTAIN, GA, 30083

17D 01934-1

*This is not a fact*

AFFIDAVIT

Personally appeared the undersigned prosecutor, M. Fini who, on oath, says that, to the best of the prosecutor's knowledge and belief,
the above named accused, between 6/14/2016  12:00:00 PM and 6/14/2016  02:45:00 PM at 4120 BUFORD DRIVE (SR20), BUFORD,
GA, 30518, GWINNETT COUNTY did commit the offense of Theft by Shoplifting  (POST 07-01-2012) ( Misdemeanor ) in violation of
O.C.G.A - 16-8-14 - (CC 2374) and against HOME DEPOT and the laws of the State of GEORGIA. The facts of this affidavit for arrest
are based on said accused did INTERCHANGE THE PRICE MARKING ON merchandise to wit:DEWALT 20V BRUSHLESS
HAMMERDRILL/IMP COMBO with a value of $500.00 or less, to wit: $379.00 the property of said owner, with the intent to deprive
the owner of the full value of said merchandise Prosecutor makes this affidavit that a warrant may be issued for the accused person's
arrest

Sworn to and subscribed before me this 14th day of June, 2016, at 03:19:08 PM

→ *Defendant booked @ 2:09 pm*
*- Violates Article 1 of the Bill of*
*Rights Section*
*1392   1 paragraph*
*I, II, XIII, XXII*
*- Acts of Treason*

Judge   Emily Powell
Magistrate Court of GWINNETT COUNTY

Prosecutor: M. Fini
Badge: 91392

Agency: Gwinnett County Police

STATE WARRANT FOR ARREST

To any Sheriff, Deputy Sheriff, Coroner, Constable or Marshal of this State - Greetings:
For sufficient cause made known to me in the above affidavit, incorporated by reference herein, and other sworn testimony, you are hereby
commanded to arrest the accused JAHMAL ISAIAH SHERWOOD named in the above affidavit, charged by the prosecutor therein with the
above offense(s) against the laws of this State at the time, place and manner named in the above affidavit, and bring the accused before me
or another judicial officer of this State to be dealt with as the law directs. Herein fail not.

This 14th day of June, 2016, at 03:19:08 PM    - *Defendant booked @ 2:09 pm*
*Article 1 Bill of Rights  Section 1 Paragraph I, II,*
*XIII, XXII Violation*
*- Acts of Treason*

DATE ____ 6/14/16
SERVED BY  B1. F.01
BADGE NUMBER ____ 1392
CASE NUMBER  16  25-1525

Judge: Emily Powell
Magistrate Court of GWINNETT COUNTY

ORDER FOR BOND

IT IS HEREBY ORDERED that the aforesaid accused, JAHMAL ISAIAH SHERWOOD, be and is hereby granted bail to be made with
sufficient surety as approved by the Sheriff of GWINNETT COUNTY in the amount of  BOND HEARING - OCGA 17-10-1  to assure the
presence of said accused at arraignment, trial and final disposition in the  Superior Court / State Court of  GWINNETT COUNTY.

Witness my hand and seal, this 14th day of June, 2016, at 03:19:08 PM

Judge: Emily Powell
Magistrate Court of GWINNETT COUNTY

☐ FELONY             ☐ FAMILY VIOLENCE          ☒ PROBATION
☒ MISDEMEANOR        ☐ SPECIAL CONDITIONS OF BOND   ☐ PAROLE
☒ IN CUSTODY

Georgia, Gwinnett County
This is to certify this is a true and correct copy
of _____ as the same appears of record
in Gwinnett County Superior/State Court.
Given under my official signature and seal of
the Court this ____ day of _____
_____
Deputy Clerk Superior/State Court, Gwinnett County, Georgia

*[Handwritten at top:]* which you all took oath to swore and uphold violates Constitution
Art. 1 Sec. 1 Bill of Rights
Par. I, II, XIII, XXII
See Exhibit A

IN THE MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

**FIRST APPEARANCE HEARING ORDER**

vs.

SHERWOOD, JAHMAL ISAIAH
**Defendant**
Booked 06/14/2016 02.09 PM   B/M   DOB 01/16/1989

| Case Nos: | F/M | Offense(s) |
|---|---|---|
| 16W-09678 | M | 16-8-14:9 * THEFT BY SHOPLIFTING |
| 16W09679 | F | 16-7-20:* POSS TOOL FOR COMMISION OF A CRIME |

Commitment/Bond: [ ] Mon [ ] Tue [ ] Wed [X] Thu [ ] Fri
Hearing Date: 6-23-16   [ ] 8:30AM [X] 1:30PM [ ]

Counsel: _____
Phone Number: 770-13(..)..
Appointed: [X]   Retained: [ ]

Co-Defendant(s): _____
Counsel for
Co defendant(s): _____

Interpreter: [ ] Yes [ ] No (Specify language / Hearing Impaired, etc:)
_____

The Clerk of Court shall give NOTICE TO SUPERIOR COURT OF DEFENDANT HELD WITHOUT BAIL by forwarding a certified copy of this Notice.
Reason bondable by Superior Court:
[ ] 17-6-1(a)(1)-(9) designated offense  [ ] 17-6-1(a)(10) prior conviction  ... _____
Incident reports - criminal history:
[ ] Attached [ ] Not available. District Attorney's Office is hereby requested to supplement under OCGA 17-6-19(c)(1)
Bail Hearing Deadline: (not more than 30 days from receipt of notice): _____

I. BOND

The Defendant having been brought before this court for the purpose of (First Appearance Hearing) (Bond Review) (Appointment of Counsel) and the Court finding that the Defendant is presently in the custody of the Sheriff's Office, and has not posted or is ineligible at this time to post a bond for his/her release and the Court having reviewed the record, IT IS ORDERED THAT, [ ] Defendant's bond heretofore set at $_____ for the above offense(s) be (reduced) (set) (modified) (increased) to $_____ to be made with surety as approved by the sheriff of Gwinnett County, to assure the Defendant's presence at trial in the Gwinnett (State) (Superior) Court.

[ ] Said bond is subject to Special Conditions of Bond set forth on Exhibit A attached and incorporated herein.

(X) As a condition of bond, the Defendant shall notify the District Attorney (if charged with a felony) or the Solicitor (if charged with only misdemeanor(s), of any change in the Defendants mailing address and/or place of residence. Notification must be made in writing within five (5) days of any such change to the following address: District Attorney (770)822-8400 (or) Solicitor (770)822-8300, 75 Langley Drive, Lawrenceville, GA. 30046. This notification shall include a home and work telephone number.
[ ] Defendant shall be eligible to sign bond on his/her own recognizance ( _____ ) Judges initial:
[X] 17-10-1; A bond hearing shall be held to determine bond and conditions of bond. This hearing shall be scheduled as set forth above.
The court has evidence that the Defendant is on [ ]parole [ ]probation. List court & offenses, if known: _____

II. APPOINTMENT OF COUNSEL
The court has reviewed the Defendant's eligibility for appointed counsel and finds as follows:
[ ] Defendant has the present financial capacity to employ an attorney and is not eligible for an appointed attorney.

[ ] Defendant has employed an attorney as set forth above.

[X] APPOINTMENT OF COUNSEL FOR INDIGENT DEFENDANT: The Defendant is financially unable to employ an attorney and does not waive an attorney. The Court appoints the attorney designated above to represent the Defendant. The a_____ effect through all courts in this circuit ... Defendant retains counsel, or further court ... dent. This order is subject to modification

... the offenses set forth above and the
... the Defendant posts bond. IT IS HEREBY
... the time and date set forth above for a

_____
Magistrate, Gwinnett County, Georgia

*Exhibit I*

*Copy*



**1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I.   BILL OF RIGHTS.**
**SECTION I.    Par. XIX. The civil authority shall be superior to the military** Notice of Special Restricted
Appearance: Shaka Uriah Bey Beneficial Owner 1st Lien Holder of SHERWOOD JAHMAL ISAIAH Estate
d/b/a JAHMAL ISAIAH SHERWOOD©®™

# NOTICE OF DEFAULT

State of Georgia     )

                                )ss.

County of DEKALB  )

I have hereunto set my hand and seal of office On this, ___12th___ Day of _October_____, 2017

Notary Public. B.B. Hammett .

Commission Expires _06/19/2018_.

SEAL:

## CERTIFICATE OF SERVICE

I, Shaka Uriah Bey, living Man for SHERWOOD JAHMAL ISAIAH, corp. sole dba. JAHMAL ISAIAH

SHERWOOD, is to certify that I have this day served Emily J. Brantley with this **NOTICE OF**

**DEFAULT - Notice of *estoppel and stipulation* of Constitutional Challenge to ALL  GEORGIA**

**STATE STATUTES etc:** by CERTIFIED MAIL#  _7015 1520 0000 1887 5567_  Delivery thereon to ensure

delivery: Dated this  _12th_ day of  _October_____, 2017

Shaka Bey ucc 1-308

UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-207

**FROM**: Shaka Uriah Bey, registered Owner

of SHERWOOD JAHMAL ISAIAH corp. sole

Dba JAHMAL ISAIAH SHERWOOD

c/o [2244] Bollingbrook Drive

Atlanta [Georgia] state Republic

 Near; [30311]

Exhibit I
Copy



**_1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I.   BILL OF RIGHTS._**
**_SECTION I.    Par. XIX. The civil authority shall be superior to the military_** Notice of Special Restricted
Appearance: Shaka Uriah Bey Beneficial Owner 1st Lien Holder of SHERWOOD JAHMAL ISAIAH Estate
d/b/a JAHMAL ISAIAH SHERWOOD©®™

**TO**: Emily J. Brantley DBA

GWINNET COUNTY STATE COURT JUDGE

75 Langley Drive

Lawrenceville, GA 30046

*Exhibit I Copy*

## AFFIDAVIT OF NOTARY PRESENTMENT
## CERTIFICATION OF MAILING

October **12**, 2017

State of **Georgia**  )
                      ) ss.
County of _____     )

On this **12th** day of **October**, 2017, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that **Shuka Bey** appeared before me with the following documents listed below. I, the undersigned Notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent to the following by United States Post Office Certified Mail receipt number: <u>7015 1520 0000 1887 5536, 7015 1520 0000 1887 5543, & 7015 1520 0000 1887 5567</u>

From:
Brenda Hammett
260 Peachtree St. N.W.
Suite 1900 Atlanta, GA 30303

**To:** Pamela D. South DBA                          <u>7015 1520 0000 1887 5536</u>
GWINNETT COUNTY STATE COURT CHIEF JUDGE
75 Langley Drive
Lawrenceville, GA 30046

TO: Joseph Morales                                  <u>7015 1520 0000 1887 5543</u>
GWINNETT COUNTY STATE COURT LEAD ASSISTANT SOLICITOR
75 Langley Drive
Lawrenceville, GA 30046

TO: Emily J. Brantley DBA                           <u>7015 1520 0000 1887 5567</u>
GWINNET COUNTY STATE COURT JUDGE
75 Langley Drive
Lawrenceville, GA 30046

Enclosures:
1. NOTICE OF DEFAULT - Constitutional Challenge (4 pages)
2. GSA BOND COVER LETTER (6pages)
3. GSA BONDS O.F. 90&91 S.F. 24, 25, 25A, AND S.F. 28 (9pages)
4. EMILY J BRANTLEY OATH OF OFFICE (2pages)
5. EXHIBITS A, B, & C - Violations of the Georgia Constitution (3pages)
6. Copy of State Birth Certificate (5page)

*I have hereunto set my hand and seal of office on this* **12th** *day of* **October**, 2017

**B. E. Hammett**
**Signature of Notary**

*(Notary seal: B. E. HAMMETT, MY COMMISSION, NOTARY PUBLIC, EXPIRES 06-19-2018, DEKALB COUNTY, GEORGIA)*

1   :Shaka-Uriah: Bey U.C.C. 1-308
    c/o 2244 Bollingbrook Dr
2   Atlanta, Georgia; Republic
    Without the United States
3

4
                        STATE COURT OF GWINNETT COUNTY
5

6
    STATE OF GEORGIA,                      Case No.: 17D-01934-1
7
                    Plaintiff,
8
    vs.                                    AFFIDAVIT OF TREASON
9
    SHERWOOD, JAHMAL ISAIAH,
10
                    .Respondent
11
                            Affidavit of Treason
12
    Emily J. Brantley of Gwinnett County did in fact commit an act of treason against the Constitution of the United
13  States and against the Georgia Constitution on which she took an oath to uphold.

14  Emily J. Brantley was made aware of the contract that supported the dismissal of this said case, but she chose to
    impair the obligation of contract which is a violation of the state and federal constitutions on which she swore to
15  uphold.

16  Emily J. Brantley unlawfully issued a warrant of arrest without probable cause and without conviction thereof which
    again violates the Georgia Constitution and the United States Constitution.
17
    Emily J. Brantley falsely imprisoned the live and flesh man of the land :Shaka-Uriah: Bey and/or :Sherwood-
18  Jahmal: Isaiah without being convicted of a crime which violates the Georgia Constitution and the United States
    Constitution on which she took and swore on oath to uphold, which is treason.
19
    Emily J. Brantley is enforcing statutory codes which is a color of law and not actual law, depriving the people of
20  their rights under color of law. Statutes and codes are for corporations and not the same and can never be treated the
    same as real law.
21
    Emily J. Brantley has violated the Treaty of Peace and Friendship and still attempts to adjudicate on a Moorish-
22  American, which is a direct violation of the Constitution she took an oath and swore to uphold.

23  Emily J. Brantley is enforcing ex post facto laws and retroactive laws which are a violation of the Georgia
    Constitution and the United States Constitution.
24
    Emily J. Brantley has breached her fiduciary duty as a public servant and as Trustee
25
    Emily J. Brantley and the prosecuting attorney both are employed by the County of Gwinnett therefore making it
26  impossible for the respondent to have a fair hearing and or trial, which is also a conflict of interest.

27  Emily J. Brantley is not acting in a judicial capacity and is acting administratively enforcing statutes and codes and
    leaving the respondent no remedy.
28

    AFFIDAVIT OF TREASON - 1

Exhibit I
Copy

Emily J. Brantley fails to establish jurisdiction over the living flesh and blood man :Shaka-Uriah: Bey and/or :Sherwood-Jahmal: Isaiah

10/12/2017 :Sherwood Jahmal: Isaiah

witnesses

10-12-2017

10/12/2017

AFFIDAVIT OF TREASON - 2

Exhibit I
Copy

```
              2841 GREENBRIAR PKWY SW STE N472
                         ATLANTA
                           GA
                        30331-9997
                        1204530048
 10/12/2017        (800)275-8777    5:03 PM
=============================================
=============================================
 Product                  Sale        Final
 Description               Qty         Price

 First-Class         1               $2.66
 Mail
 Large Envelope
      (Domestic)
      (LAWRENCEVILLE, GA  30046)
      (Weight:0 Lb 8.80 Oz)
      (Expected Delivery Day)
      (Monday 10/16/2017)
 Certified           1               $3.35
      (@@USPS Certified Mail #)
      (70151520000018875567)
 Return              1               $2.75
 Receipt
      (@@USPS Return Receipt #)
      (9590940101595234845384)
 First-Class         1               $1.61
 Mail
 Large Envelope
      (Domestic)
      (LAWRENCEVILLE, GA  30046)
      (Weight:0 Lb 3.10 Oz)
      (Expected Delivery Day)
      (Monday 10/16/2017)
 Certified           1               $3.35
      (@@USPS Certified Mail #)
      (70151520000018875536)
 Return              1               $2.75
 Receipt
      (@@USPS Return Receipt #)
      (9590940101595234845377)
 First-Class         1               $1.61
 Mail
 Large Envelope
      (Domestic)
      (LAWRENCEVILLE, GA  30046)
      (Weight:0 Lb 3.40 Oz)
      (Expected Delivery Day)
      (Monday 10/16/2017)
 Certified           1               $3.35
      (@@USPS Certified Mail #)
      (70151520000018875543)
 Return              1               $2.75
 Receipt
      (@@USPS Return Receipt #)
      (9590940101595234844974)

 Total                               $24.18

 Cash                                $40.00
 Change                            ($15.82)
```

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*****************************************





Exhibit I
Copy



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph Morales
Assistant Solicitor
75 Langley Dr.
Lawrenceville, GA 30046

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X

B. Received by (Printed Name)

D. Is delivery address different from item
If YES, enter delivery address bel

9590 9401 0159 5234 8453 77

2. Article Number (Transfer from service label)

7015 1520 0000 1887 5543

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
    ail
    ail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emily J. Brantley
75 Langley Dr.
Lawrenceville, GA 30046

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

9590 9401 0159 5234 8453 84

2. Article Number (Transfer from service label)

7015 1520 0000 1887 5567

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   d Mail
   d Mail Restricted Delivery
   (500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pamela D. Smith
75 Langley Dr.
Lawrenceville, GA 30046

COMPLETE THIS SECTION ON DELIV

A. Signature
X

B. Received by (Printed Name)

D. Is delivery address different from item
   If YES, enter delivery address below

9590 9401 0159 5234 8449 74

2. Article Number (Transfer from service label)

7015 1520 0000 1887 5536

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   d Mail
   d Mail Restricted Delivery
   (500)

☐ Pri
☐ Re
☐ Re
☐ Re
    Me
☐ Si
☐ Si
    Re

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domes

# GWINNETT COUNTY SHERIFF

*Exhibit J
Copy*

## SHERWOOD, JAHMAL ISAIAH
### Property Report

| Booking No: GCSO17JBN002874 | MNI No: GCSO99MNI544111 | Cell No: | DOB: 01/16/1989 |
|---|---|---|---|



**Property Number: PROP0001**
Location: PREADMISSION BAGS

☐ Released  Released To Name:
MNI No:

Received Date/Time: 09/06/2017   18:06
Officer Name/No: Green (GCSO17PER000544)

Released Date/Time:
Officer Name/No:

Comments: No comments available.

| Item No | Released | Qty | Container | Type | Description | Cash/Amount | Release To |
|---|---|---|---|---|---|---|---|
| PROPITEM0001 | ☐ | | T148 | Cash | 1409936 | ☑ $676.00 | |

Comments: $676.00

I acknowledge the recipt of the above items by the Gwinnett County Sheriffs Office.

_____
Inmate Signature

*Madja; Hero
Atum El*

_____
Officer Signature

404 481 7383

770 568 8382

229 462 4642

| Printed On: | 09/06/2017 18:09 | User Name: SO1451 | Page 1 of 1 |
|---|---|---|---|

STATE of GEORGIA
GWINNETT COUNTY
STATE COURT

Recognizance Bond

Warrant Number: S17-02319            Doc Type: MISDEMEANOR WARRANT
OffenderID: GCSO99MNI544111
Detention Docket #: GCSO17JBN002874

Witnesseth

That we, JAHMAL ISAIAH SHERWOOD , Principal, and O/R PER JUDGE BRANTLEY Security are held and firmly bound unto his Excellency, Nathan Deal, Governor of THE STATE of Georgia, and his successors in office, in the penal sum of $0.00 Dollars in cash or other equivalent security approved by the Sheriff of Gwinnett County for the true payment of which we bind ourselves, our heirs, executors, and administrators, jointly, and severally, formly by these presents.

The conditions and obligation of the above bond are such that if the above bound principal shall appear in person for a hearing or trial to determine probable cause, arraignment or any other proceedings scheduled by the Courts of the Gwinnett Judicial Circuit from day to day and from term to term of said Courts in order to answer the offense of FAILURE TO APPEAR FOR FINGERPRINTABLE CHARGE - MISDEMEANOR, and shall not depart without first obtaining leave of Court, then the above obligation and bond to be null and void, but otherwise to remain in full force and effect.

In the event that the Court of Inquiry shall bind the Accused over for appearance before the Superior Court of Gwinnett County, or State Court of Gwinnett County, and in so doing shall reduce the bail under which the Accused is bound over to an amount less than the penal sum set forth above, then the Principal and Securities named herein shall be obligated without necessity for any new bond or amendment hereto the Governor of the State of Georgia only in the reduced amount.

You are hereby notified that the date of TO BE NOTIFIED BY MAIL has been fixed for your appearance on the above case in the above indicated Court of Gwinnett County, or appearance notices will be mailed to the defendant at the address provided below. All other and further notice and service of process of any kind is hereby waived.

Principal's Home Address:  2244 BOLLING BROOK DRIVE ATLANTA GA 30311
       Home Phone: (770)256-8004
       Business Phone:

Security's Home Address:   .
       Home Phone:
       Business Phone:

Sworn to and subscribed before me
this 09/20/2017 16:23  — DAY of Release
                          Violates Art. 1
                          Sec. 1 Bill of
                          Rights para. XXII

_____
Sheriff's Designee

_____
Security

_____
Principal

If you fail to appear, your bond will be forfeited and a bench warrant will be issued for your re-arrest. It is your responsibility to keep informed as to your court dates. It is your responsibility to keep the court advised on any changes on your address.

Prin Bond: $0.00      JCSF: _____   POT: _____   B/W Fee: _____   Sheriff's Fee: _____

- Unconstitutional Acts
- Acts of Treason
- Breach of Fiduciary Duty / Trusteeship
- Breach of oath of office
        - Perjury    See Attached oath of office

*Exhibit J*

*Copy*

# CONTINGENT PROMISSORY NOTE

Amount $ _4280_                                                      Date: _6/25/16_

For value received the undersigned, jointly and severally promise(s) to pay ASAP BAIL BONDS COMPANY on    demand    the    principal    sum    of    _4280_ Dollars ($ _4280_ ) at 348-B Buford Dr., Lawrenceville, Georgia, 30046, if and only if there occurs a breach of the terms and conditions of the surety bail bond or bonds posted on behalf of defendant

| Defendant Name | Case Number(s) | Court and County |
|---|---|---|
| Jahmal Sherwood | | Gwinnett STATE |

(hereinafter "Defendant"), together with any continuations and modifications, any extensions, substitutions, increments or appeals thereof (hereinafter "Bond"), or upon payment of any expenses incurred by the payee or holder (hereinafter "Payee") to produce the Defendant before the appropriate court or courts of Competent jurisdiction in the above case, with interest thereon at the rate of _12_ percent (_12_%), per annum, from the date of occurrence of the above stated Contingency, until fully paid. All makers or endorsers, now or hereafter becoming parties hereto, jointly and severally waive demand, notice of non-payment and protest; and in case this note becomes in default and placed in hands of an attorney for collection, the foregoing agree(s) to pay reasonable attorney's fees and all other costs for making such collection and further agree(s) that courts of original jurisdiction and appellate courts may award reasonable attorney's fees to the Payee in the event of litigation and/or appeals.

It is further agreed and specifically understood between the parties to this Note that there is presently no outstanding loan or debt represented by this Contingent Promissory Note, and that this Note is given to secure advances up to and including the amount set forth above together with interest if and when there is a breach of the terms and conditions, including but not limited to forfeiture or estreature, of the Bond.

It is further agreed and specifically understood that this Note shall become null and void at such time as all of the obligations under the Bond posted on behalf of the Defendant have been fulfilled and the Payee has been discharged of all liability and duly exonerated in writing and until such time as same occurs the note shall remain in full force and effect.

*This Note and the Mortgage of even date herewith shall serve to secure:*

    (a) Any and all liability, loss, costs, damages, expenses, premiums and attorneys fees arising or incurred by Payee in connection with the above captioned Bond, or any other recognizance, undertaking or other obligation, heretofore or hereafter executed, assumed or procured by Payee at the instance or request or on behalf of either of owner of the property encumbered by the Mortgage securing the Note (hereinafter, "Owner") or of the principal's name;

    (b) For the payment of all premiums on such Bonds;

    (c) For the performance of every agreement (including continuations or modifications, any extensions, substitutions, increments or appeals thereof, with or without consent of Owner) made by Owner or Defendant in connection with said Bonds;

    (d) Against any liability, loss, costs, expenses, and attorneys fees in connection with any claim to the collateral security by person claiming adversely to Owner or to Principals named in the Bonds;

    (e) Any and all future advances made with or without consent of the Owner by Payee on behalf of the Defendant including but not necessarily limited to increments, modifications, extensions or substitutions, or the creation of any future obligation by the Payee in connection with the above described matter, or any bail bonds or obligation undertaken by Payee on behalf of Defendant including, without limiting, to the posting of a new bond for and on behalf of the Defendant in the nature of an appeal bond or substitution extension or modification of the existing Bond.

Executed on the date first appearing above.

Signature of Maker

(Print Name)  _JAHMAL SHERWOOD_

Signature of Maker

(Print Name)  _Sauchen Teal_

*Exhibit D*

*Copy*

STATE of GEORGIA                    SURETY BOND
GWINNETT COUNTY
SUPERIOR COURT
Warrant Number: 16W-09678      Doc Type: Misdemeanor Warrant

OffenderID:   0099544111

Detention Docket #: 2016855957

                          Witnesseth

   That we, JAHMAL ISAIAH SHERWOOD _____ Principal, and   ASAP BAIL BONDS / Mike Samson__ Security, are held
and firmly bound unto his Excellency, Nathan Deal, Governor of THE STATE of Georgia, and his
successors in office, in the penal sum of  $1,300.00 _____ Dollars in cash or other equivalent security approved by
the Sheriff of Gwinnett County for the true payment of which we bind ourselves, our heirs, executors, and administrators,
jointly, and severally, formly by these presents.

   The conditions and obligation of the above bond are such that if the above bound principal shall appear in person for
a hearing or trial to determine probable cause, arraignment or any other proceedings scheduled by the Courts of the
Gwinnett Judicial Circuit from day to day and from term to term of said Courts in order to answer the offense of @ *
THEFT BY SHOPLIFT and shall not depart without first obtaining leave of Court, then the above obligation and
bond to be null and void, but otherwise to remain in full force and effect.
In the event that the Court of Inquiry shall bind the Accused over for appearance before the Superior Court of
Gwinnett County, or State Court of Gwinnett County, and in so doing shall reduce the bail under which the Accused is
bound over to an amount less than the penal sum set forth above, then the Principal and Securities named herin shall
be obligated without necessity for any new bond or amendment hereto the Governor of the State of Georgia only in the
reduced amount.

              You are hereby notified that the date of  TO BE NOTIFIED BY MAIL
              has been fixed for your appearance on the above case in the
              above indictated Court of Gwinnett County, or appearance notices
              will be mailed to the defendant at the address provided below.
              All other and further notice and service of process of any kind
              is hereby waived.

   Personally appeared the above named security who, upon being sworn, deposes, and says that he is security on the
subject bond, that he owns in his own right and name, unencumbered by mortgage, lien, or judgement, real estate
lying in Gwinnett County Described as _____ with a net equity of N\A
_____ Dollars, representing the amount of said bond. Security affirms that he is obligated on no other
outstanding criminal bonds and that there are no other claims against said property not disclosed herein. We
severally waive our rights to the benefits of Homestead Exemption laws of this stae and the United States and the
Constitution of the State of Georgia.

      Principal's Home Address:   3378 GREENBRIAR PKWY SW APT 8206 ATL GA 30331
              Home Phone:  --
          Business Phone:  --
      Security's Home Address:
              Home Phone:
          Business Phone:

   Sworn to and subscribed before me                         Security
   this 06/25/2016 12:54


   _____              _____
   Sheriff's Designee                   Principal


If you fail to appear, your bond will be forfeited and a bench warrant will be issued for
your re-arrest. It is your responsibility to keep informed as to your court dates.  It is
your responsibility to keep the court advised on any changes on your address.

Prin Bond: _____  JCSF: _____  POT: _____  B/W Fee: _____ Sheriff's Fee _____

*Exhibit*
*D*
*Copy*

STATE of GEORGIA                          SURETY BOND
GWINNETT COUNTY
SUPERIOR COURT

Warrant Number: 16W09679      Doc Type: Felony Warrant

OffenderID:   0099544111

Detention Docket #: 2016855957

### Witnesseth

That we, JAMHAL ISAIAH SHERWOOD_____ Principal, and ___ASAP BAIL BONDS / Mike Samson__ Security, are held and firmly bound unto his Excellency, Nathan Deal, Governor of THE STATE of Georgia, and his successors in office, in the penal sum of __$2,950.00__ Dollars in cash or other equivalent security approved by the Sheriff of Gwinnett County for the true payment of which we bind ourselves, our heirs, executors, and administrators, jointly, and severally, formly by these presents.

The conditions and obligation of the above bond are such that if the above bound principal shall appear in person for a hearing or trial to determine probable cause, arraignment or any other proceedings scheduled by the Courts of the Gwinnett Judicial Circuit from day to day and from term to term of said Courts in order to answer the offense of * POSS TOOL FOR COMMI and shall not depart without first obtaining leave of Court, then the above obligation and bond to be null and void, but otherwise to remain in full force and effect.
In the event that the Court of Inquiry shall bind the Accused over for appearance before the Superior Court of Gwinnett County, or State Court of Gwinnett County, and in so doing shall reduce the bail under which the Accused is bound over to an amount less than the penal sum set forth above, then the Principal and Securities named herin shall be obligated without necessity for any new bond or amendment hereto the Governor of the State of Georgia only in the reduced amount.

You are hereby notified that the date of TO BE NOTIFIED BY MAIL has been fixed for your appearance on the above case in the above indicted Court of Gwinnett County, or appearance notices will be mailed to the defendant at the address provided below. All other and further notice and service of process of any kind is hereby waived.

Personally appeared the above named security who, upon being sworn, deposes, and says that he is security on the subject bond, that he owns in his own right and name, unencumbered by mortgage, lien, or judgement, real estate lying in Gwinnett County Described as _____ with a net equity of N\A _____ Dollars, representing the amount of said bond. Security affirms that he is obligated on no other outstanding criminal bonds and that there are no other claims against said property not disclosed herein. We severally waive our rights to the benefits of Homestead Exemption laws of this stae and the United States and the Constitution of the State of Georgia.

Principal's Home Address:   3378 GREENBRIAR PKWY SW APT 8206 ATL GA 30331
            Home Phone:   --
        Business Phone:   --
Security's Home Address:
            Home Phone:
        Business Phone:

Sworn to and subscribed before me                    _____
this 06/25/2016 12:59                                       Security

_____                              _____
Sheriff's Designee                                         Principal

If you fail to appear, your bond will be forfeited and a bench warrant will be issued for your re-arrest. It is your responsibility to keep informed as to your court dates. It is your responsibility to keep the court advised on any changes on your address.

Prin Bond: 2500   JCSF: 2750   POT: 100/100   B/W Fee: _____ Sheriff's Fee _____

*Exhibit E*

*Copy*

STATE of GEORGIA                    Recognizance Bond
GWINNETT COUNTY
STATE COURT
Warrant Number: S17-02319          Doc Type:  MISDEMEANOR WARRANT
OffenderID:  GCSO99MNI544111
Detention Docket #:  GCSO17JBN002874

Witnesseth

That we, JAHMAL ISAIAH SHERWOOD , Principal, and O/R PER JUDGE BRANTLEY Security are held and firmly bound unto his Excellency, Nathan Deal, Governor of THE STATE of Georgia, and his successors in office, in the penal sum of $0.00 Dollars in cash or other equivalent security approved by the Sheriff of Gwinnett County for the true payment of which we bind ourselves, our heirs, executors, and administrators, jointly, and severally, formly by these presents.

The conditions and obligation of the above bond are such that if the above bound principal shall appear in person for a hearing or trial to determine probable cause, arraignment or any other proceedings scheduled by the Courts of the Gwinnett Judicial Circuit from day to day and from term to term of said Courts in order to answer the offense of <u>FAILURE TO APPEAR FOR FINGERPRINTABLE CHARGE - MISDEMEANOR,</u> and shall not depart without first obtaining leave of Court, then the above obligation and bond to be null and void, but otherwise to remain in full force and effect.

In the event that the Court of Inquiry shall bind the Accused over for appearance before the Superior Court of Gwinnett County, or State Court of Gwinnett County, and in so doing reduce the bail under which the Accused is bound over to an amount less than the penal sum set forth above, then the Principal and Securities named herein shall be obligated without necessity for any new bond or amendment hereto the Governor of the State of Georgia only in the reduced amount.

You are hereby notified that the date of <mark>TO BE NOTIFIED BY MAIL</mark> has been fixed for your appearance on the above case in the above indicated Court of Gwinnett County, or appearance notices will be mailed to the defendant at the address provided below. All other and further notice and service of process of any kind is hereby waived.

Principal's Home Address:  2244  BOLLING BROOK DRIVE ATLANTA GA 30311
        Home Phone: (770)256-8004
        Business Phone:

Security's Home Address:   ,
        Home Phone:
        Business Phone:

Sworn to and subscribed before me
this 09/20/2017 16:23

_____ 22us          _____ ccc1-308
Sheriff's Designee                     Security

                                       _____ ccc 1-308
                                       Principal

If you fail to appear, your bond will be forfeited and a bench warrant will be issued for your re-arrest. It is your responsibility to keep informed as to your court dates. It is your responsibility to keep the court advised on any changes on your address.

Prin Bond: <u>$0.00</u>        JCSF: _____        POT: _____        B/W Fee: _____        Sheriff's Fee: _____

*Exhibit F*
*Copy*

## AFFIDAVIT OF NOTARY PRESENTMENT
## CERTIFICATION OF MAILING

# SECOND NOTICE OPPORTUNITY TO CURE DATE 10/28/2016

State of ~~GEORGIA~~ )
                      ) ss.
County of ~~DEKALB~~ )

On this 28th day of OCTOBER 2016, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that SHAKA URIAH BEY appeared before me with the following documents listed below. I, the undersigned Notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent to the following by United States Post Office Registered Mail receipt number: RE 543 047 176 US, With a green Return Receipt (Form 3811)

**From:**
Shaka Uriah Bey ©™ Ex.
c/o 2244 Bollingbrook Drive
Atlanta, Georgia; Republic [30311]
Non-Domestic/Non-Assumpsit
Without the United States

**To:**
Michelle Finni DBA GWINNETT COUNTY POLICE OFFICER
75 Langley Drive
Lawrenceville, GA 30046

**CC:** Richard T. Alexander, Jr. DBA GWINNETT COUNTY SUPERIOR COURT CLERK OF COURT
75 Langley Drive
Lawrenceville, GA 30046

**CC:** Debra K. Turner DBA GWINNET COUNTY SUPERIOR COURT JUDGE
75 Langley Drive
Lawrenceville, GA 30046

**CC:** Melodie Snell Conner DBA GWINNETT COUNTY SUPERIOR COURT CHIEF JUDGE
75 Langley Drive
Lawrenceville, GA 30046

*Exhibit F Copy*

CC: Daryl Manns DBA GWINNETT COUNTY SUPERIOR COURT DISTRICT ATTORNEY
75 Langley Drive
Lawrenceville, GA 30046

Enclosures:

1.  CONSTITUTINAL CHALLENGE THIRD NOTICE OPPORTUNITY TO CURE- (5 PAGES)

*Sheba Bey* Ex. UCC1-308

*I have hereunto set my hand and seal of office on this* 28th *day of* OCTOBER *,* 2016

_____
*Signature of Notary*

*My Commission Expires:* Aug 30, 2020



*Exhibit F*

*Copy*

***1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I.   BILL OF RIGHTS.***
***SECTION I.   Par. XIX. The civil authority shall be superior to the military*** Notice of Special Restricted
Appearance: Shaka Uriah Bey Beneficial Owner 1st Lien Holder of SHERWOOD JAHMAL ISAIAH Estate
d/b/a JAHMAL ISAIAH SHERWOOD©®™

# SECOND NOTICE OPPORTUNITY TO CURE DATE 10/28/2016

| | | |
|---|---|---|
| SHERWOOD JAHMAL ISAIAH corp.sole | § | Case Number:  16W09679//16W09680 |
| Dba. JAHMAL ISAIAH SHERWOOD | § | |
| | § | NOTICE OF MOTION AND |
| V. | § | MOTION TO INTERVENE |
| | § | WITH REMOVAL |
| PUBLIC OFFICER | § | |
| Dba. *Michelle Finni* dba | § | |
| Gwinnett County Police Officer | § | |

NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL

**NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL GEORGIA STATE
STATUTES - SECOND NOTICE OPPORTUNITY TO CURE WHERE No general law affecting private rights,
shall be varied in any particular case, by special legislation, except with the free consent, in writing of
all persons to be affected thereby**

**TAKE NOTICE THAT pursuant to 1877 Georgia Constitution (as ratified without subsequent
amendments) Bill of Rights Article I Section I:**

1. *unalienable rights were violated*; **protected by 1877 Georgia Constitution (as ratified without
   subsequent amendments)** Paragraph I: All government, of right, originates with the people, is
   founded upon their will only, and is instituted solely for the good of the whole. Public officers
   are the trustees and servants of the people, and, at all times, amenable to them

2. *unalienable rights were violated;* protected by 1877 Georgia Constitution (as ratified without
   subsequent amendments) Par. II. Protection to person and property is the paramount duty of
   government, and shall be impartial and complete.

3. *unalienable rights were violated*; protected by 1877 Georgia Constitution (as ratified without
   subsequent amendments) Par. III. No person shall be deprived of life, liberty, or property, except
   by due process of law. (*which has been violated in the past*)

4. *unalienable rights were violated*; protected by 1877 Georgia Constitution (as ratified without
   subsequent amendments) Par. IV. No person shall be deprived of the right to prosecute or
   defend his own cause in any of the Courts of this State, in person, by attorney, or both. (*which
   has been violated in the past*)

5. *unalienable rights were violated*; protected by 1877 Georgia Constitution (as ratified without
   subsequent amendments) Par. XVI. The right of the people to be secure in their persons, houses,
   papers, and effects against unreasonable searches and seizures, shall not be violated; and no
   warrant shall issue except upon probable cause, supported by oath, or affirmation, particularly
   describing the place, or places, to be searched, and the persons or things to be seized. (*which
   has been violated in the past*)

*1877 Georgia Constitution (as ratified without subsequent amendments) ARTICLE I. BILL OF RIGHTS. SECTION I. Par. XIX. The civil authority shall be superior to the military* Notice of Special Restricted Appearance: Shaka Uriah Bey Beneficial Owner 1st Lien Holder of SHERWOOD JAHMAL ISAIAH Estate d/b/a JAHMAL ISAIAH SHERWOOD©®™

6. *unalienable rights were violated*; protected by 1877 Georgia Constitution (as ratified without subsequent amendments) Par. XVII. There shall be within the State of Georgia neither slavery nor involuntary servitude, save as a punishment for crime after legal conviction thereof. (*which has been violated in the past*)

7. *unalienable rights were violated*; protected by 1877 Georgia Constitution (as ratified without subsequent amendments) Par. XXI. There shall be no imprisonment for debt.

**ARTICLE I. BILL OF RIGHTS. SECTION II.**

8. *unalienable rights were violated*; protected by 1877 Georgia Constitution (as ratified without subsequent amendments) Par. III. No conviction shall work corruption of blood or forfeiture of estate.

**ARTICLE I. BILL OF RIGHTS. SECTION III.**

9. *unalienable rights were violated*; protected by 1877 Georgia Constitution (as ratified without subsequent amendments) Par. II. No bill of attainder, ex post facto law, retroactive law, or law impairing the obligation of contracts, or making irrevocable grants of special privileges or immunities, shall be passed.

**ARTICLE I. BILL OF RIGHTS. SECTION IV.**

10. *unalienable rights were violated*; protected by 1877 Georgia Constitution (as ratified without subsequent amendments) Paragraph I. Laws of a general nature shall have uniform operation throughout the State, and no special law shall be enacted in any case for which provision has been made by an existing general law. **No general law affecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; and no person under legal disability to contract, is capable of such consent.**

11. *unalienable rights were violated*; protected by 1877 Georgia Constitution (as ratified without subsequent amendments) Par. II. **Legislative acts in violation of this Constitution**, or the Constitution of the United States, **are void**, and **the Judiciary shall so declare them.**

**AND TAKE FURTHER NOTICE** THAT I, Shaka Uriah Bey 1st lien holder of the 14th amendment person SHERWOOD JAHMAL ISAIAH corp. sole dba JAHMAL ISAIAH SHERWOOD did not consent for me or my private property to being a 14th amendment citizen of the U.S. OR state of GEORGIA OR any other

Exhibit F
Copy

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RE543047131US | | | 0012 05 |

| | | | |
|---|---|---|---|
| | Postage $ $1.15 | Extra Services & Fees (continued) | |
| | Extra Services & Fees | ☐ Signature Confirmation $ | |
| To Be Completed By Post Office | ☐ Registered Mail $ $11.70 | ☐ Signature Confirmation Restricted Delivery $ | |
| | ☐ Return Receipt (hardcopy) $ $2.70 | | |
| | ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ $15.55 | |
| | ☐ Restricted Delivery $ | | |
| | Customer Must Declare Full Value $0.00 $ | Received by 10/26/2016 | Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse). |
| | | ATLANTA, GA 30310 | |

OFFICIAL USE

| | FROM | Inaka Bey |
|---|---|---|
| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | | C/o 2244 Bollingbrook Drive |
| | | Atlanta, Georgia; Republic [30311] 30310 |
| | | Non Domestic Non Assumpsit |
| | TO | Michelle Fani |
| | | 7 Lawrenceville GA 30043 |
| | | Laurenceville, GA 30043 |

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com ®*

*Copy 1 - Customer*
*(See Information on Reverse)*

Exhibit

F

Copy

```
(Domestic)
        (Weight:0 Lb 2.10 Oz)
        (Expected Delivery Day)
        (Monday 10/31/2016)
    Registered          1        $11.70
        (Amount:$0.00)
        (@@USPS Registered Mail #)
        (RE543047162US)
First-Class              1         $1.15
Mail
Large Envelope
        (Domestic)
        (LAWRENCEVILLE, GA  30046)
        (Weight:0 Lb 2.00 Oz)
        (Expected Delivery Day)
        (Monday 10/31/2016)
    Registered          1        $11.70
        (Amount:$0.00)
        (@@USPS Registered Mail #)
        (RE543047180US)
First-Class              1         $1.15
Mail
Large Envelope
        (Domestic)
        (LAWRENCEVILLE, GA  30043)
        (Weight:0 Lb 2.00 Oz)
        (Expected Delivery Day)
        (Monday 10/31/2016)
    Registered          1        $11.70
        (Amount:$0.00)
        (@@USPS Registered Mail #)
        (RE543047176US)
First-Class              1         $1.36
Mail
Large Envelope
        (Domestic)
        (LAWRENCEVILLE, GA  30046)
        (Weight:0 Lb 2.20 Oz)
        (Expected Delivery Day)
        (Monday 10/31/2016)
    Registered          1        $11.70
        (Amount:$0.00)
        (@@USPS Registered Mail #)
        (RE543047193US)
First-Class              1         $1.36
Mail
Large Envelope
        (Domestic)
        (LAWRENCEVILLE, GA  30046)
        (Weight:0 Lb 2.10 Oz)
        (Expected Delivery Day)
        (Monday 10/31/2016)
    Registered          1        $11.70
        (Amount:$0.00)
        (@@USPS Registered Mail #)
        (RE543047216US)

Total                            $77.73

Debit Card Remit'd               $77.73
        (Card Name:Debit Card)
        (Account #:XXXXXXXXXXXX2100)
        (Approval #:612174)
        (Transaction #:921)
        (Receipt #:008212)
        (Debit Card Purchase:$77.73)
        (Cash Back:$0.00)


Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
```

*Exhibit F Copy*

# AFFIDAVIT OF NOTARY PRESENTMENT
## CERTIFICATION OF MAILING

State of _Georgia_ )
                    ) ss.
County of _DEKALB_ )

On this _24_ day of _October_ ,2016, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that _SHAKA URIAH BEY_ appeared before me with the following documents listed below. I, the undersigned Notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent to the following by United States Post Office Registered Mail receipt number: RE _543 047 159_ US, With a green Return Receipt (Form 3811)

**From:**
Shaka Uriah Bey ©™ Ex.
c/o 2244 Bollingbrook Drive
Atlanta, Georgia; Republic [30311]
Non-Domestic/Non-Assumpsit
Without the United States

**To:**
Richard T. Alexander, Jr. DBA GWINNETT COUNTY SUPERIOR COURT CLERK OF COURT
75 Langley Drive
Lawrenceville, GA 30046               MAIL# _RE543046 992 US_

CC: Daryl Manns DBA GWINNETT COUNTY SUPERIOR COURT DISTRICT ATTORNEY
75 Langley Drive
Lawrenceville, GA 30046               MAIL# _RE543047074US_

CC: Melodie Snell Conner DBA GWINNETT COUNTY SUPERIOR COURT CHIEF JUDGE
75 Langley Drive
Lawrenceville, GA 30046               MAIL# _RE543047128 US_

CC: Debra K. Turner DBA GWINNET COUNTY SUPERIOR COURT JUDGE
75 Langley Drive
Lawrenceville, GA 30046               MAIL# _RE543047114US_

Enclosures:

1.  CONSTITUTINAL CHALLENGE – (5 PAGES)

Exhibit F Copy

Shahd Uriel Bey Ea UCC 1-308

*I have hereunto set my hand and seal of office on this* ___24th___ *day of* _OCTOBER___ , 2016

*Signature of Notary*

*My Commission Expires:* Aug 30, 2020